UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THOSE INTERESTED UNDERWRITERS AT LLOYD'S, LONDON and THE WURTTEMBERGISCHE VERSICHERUNGS AG the subscribers to the contract of insurance numbered BB 040010/19 | **Statement Pursuant to Federal Rule of Civil Procedure 7.1** |
| Plaintiffs, | |
| -vs.- | CA No: |
| MORVILLO AND SONS, INC.; and LEE'S MANUFACTURING CO. INC., | CA 06 33T |
| Defendant | |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned attorney of record for the plaintiffs certifies that the parent corporation of THE WURTTEMBERGISCHE VERSICHERUNGS AG is the WUSTENROT &WURTTEMBERGISCHE AG, which is a privately held corporation that owns all of the stock of THE WURTTEMBERGISCHE VERSICHERUNGS AG. It is further certified that THOSE INTERESTED UNDERWRITERS AT LLOYD'S LONDON consist of the following Lloyd's of London Syndicates: 2724, 1209, 1007, 1221, 457, 1084, 4444, 382, 1036.

Dated: Providence, Rhode Island
January 25, 2006

C. Russell Bengtson

C. Russell Bengtson #1233
Carroll, Kelly & Murphy
Counsel for Plaintiffs THOSE INTERESTED UNDERWRITERS AT LLOYD'S, LONDON and WURTTEMBERGISCHE VERSICHERUNGS AG the subscribers to the contract of insurance numbered BB 040010/19
One Turks Head Place, Suite 400
Providence, Rhode Island 02903
Tele. No.: (401) 331-7272
Fax No.: (401) 331-4404

Of Counsel:

Owen B. Carragher, Jr.
Peter J. Rossi
Subject to future *pro hoc vice* application
Lankler & Carragher, LLP
845 Third Avenue
17th Floor
New York, NY 10022
Tel. No.: (212) 812-8910
Fax No.: (212) 812-8912