UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOSE INTERESTED UNDERWRITERS AT LLOYD'S, LONDON and THE WURTTEMBERGISCHE VERSICHERUNGS AG: the subscribers to the contract of insurance numbered BB 040010/19 | : | |
| Plaintiffs | : | C.A. No. 06-33 T |
| vs. | : | |
| MORVILLO AND SONS, INC.; AND LEE'S MANUFACTURING CO. INC., | : | |
| Defendants | : | |

**DEFENDANT, MORVILLO AND SONS, INC. AND LEE'S MANUFACTURING CO. INC., ANSWER TO PLAINTIFFS' COMPLAINT**

The Defendants, Morvillo and Sons, Inc. ("Morvillo") and Lee's Manufacturing Co., Inc. ("Lee's"), collectively referred to as "Defendants", hereby respond to the Plaintiffs' Complaint, as follows:

As to paragraphs 1, 5, 6, 9, 11, 12, 21, and 174, the Defendants respond that they are without sufficient information to provide a response at this time.

As to paragraphs 2, 3, 7, 8, 10, 13, 27, 29, and 30, the Defendants admit the allegations.

As to paragraphs 15, 16, 20, 31, 181, 185, 186, 194, 197, 199, 200, 202, 203, 207 and 208 the Defendants deny the allegations.

As to paragraphs 178, 195, 198, 201 and 204 the Defendants repeat and restate their responses to the paragraphs preceding each.

As to the remaining paragraphs of the Complaint, the Defendants neither admit nor deny the allegations contained therein, and leave Plaintiffs to their proof thereon.

**DEFENDANTS DEMAND TRIAL BY JURY. J. SCOTT KILPATRICK, RI BAR NO. 4036, IS DESIGNATED AS TRIAL COUNSEL.**

Defendants,
MORVILLO AND SONS, INC.; and
LEE'S MANUFACTURING CO., INC.
By Their Attorneys,
CHISHOLM CHISHOLM & KILPATRICK

By ______________________

J. Scott Kilpatrick #4036
One Turks Head Place, Suite 1313
Providence, RI 02903
(401) 331-6300
(401) 421-3185 Facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the within Answer was mailed by regular mail, postage prepaid, to C. RUSSELL BENGTSON, ESQUIRE at One Turks Head Place, Suite 400, Providence, RI 02903 on this 14th day of March, 2006.

______________________