UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THOSE INTERESTED UNDERWRITERS AT LLOYD'S, LONDON and THE WURTTEMBERGISCHE VERSICHERUNGS AG the subscribers to the contract of insurance numbered BB 040010/19<br><br>Plaintiffs,<br><br>-vs.-<br><br>MORVILLO AND SONS, INC.; and LEE'S MANUFACTURING CO. INC.,<br><br>Defendant | CA No: 06-33T<br><br>**Second Declaration of C. Russell Bengtson** |

C. RUSSELL BENGTSON, states under penalty of perjury, as follows:

1. I am counsel for the Plaintiff, THOSE INTERESTED UNDERWRITERS AT LLOYD'S, LONDON and WURTTEMBERGISCHE VERSICHERUNGS AG the subscribers to the contract of insurance numbered BB 040010/19 (henceforth, collectively referred to herein as "Underwriters"). Unless otherwise indicated, I am familiar with the facts and circumstances set forth below in connection with the accompanying motion to dismiss.

2. I submit this declaration in support of Underwriters' instant motion, pursuant to FRCP 9(b) and 12(b)(6), to dismiss with prejudice the Second and Fourth Counterclaims of Defendant, MORVILLO AND SONS, INC.; and LEE'S MANUFACTURING CO. INC. (henceforth, "Morvillo") (the "Plaintiff's Motion to Dismiss').

3. All of the facts relevant to Underwriters motion are set forth in the pleadings, which consist of Underwriters Complaint and the Exhibits thereto, dated January 25, 2006 (the "Complaint), and Morvillo's Amended Answer and Counterclaims, dated April 3, 2006 (the "Amended Answer and Counterclaims").

4. In connection with the Plaintiff's Motion to Dismiss I filed a Declaration in my name, dated April 24, 2006, which attached as Exhibits the Complaint and the Amended Answer and Counterclaims. In addition, a Memorandum of Law, dated April 24, 2006 was also filed in support of Plaintiff's Motion to Dismiss.

5. Pursuant to local rules the Clerk for the United States Court, District Court of Rhode Island returned the April 24, 2006 Declaration.

6. Therefore, to the extent that the Memorandum of Law, dated April 24, 2006, refers to the "First" Declaration, which is not a part of the file, I am filing this Second Declaration to avoid any confusion that might otherwise result. Any reference to the Complaint and/or the Amended Answer and Counterclaims being attached as Exhibits to the Declaration dated, April 24, 2006 can be ignored, and the Court is instead referred to the file, which contains the pleadings.

7. Plaintiff has not made any prior request for the relief sought herein.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 26, 2006.

C. Russell Bengtson

Subscribed and sworn to before me on this 26th day of April, 2006.

Notary Public Mary Ann Piasecki
My Commission Expires: 6-20-09

**CERTIFICATION**

I hereby certify that a true copy of the within was hand delivered to J. Scott Kilpatrick, Esquire, Chisholm Chisholm & Kilpatrick, One Turks head Place, Suite 1313, Providence, RI 02903 on the 26th Day of April, 2006.