UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THOSE INTERESTED UNDERWRITERS AT LLOYD'S, LONDON and THE WURTTEMBERGISCHE VERSICHERUNGS AG the subscribers to the contract of insurance numbered BB 040010/19

Plaintiffs,

-vs.-

MORVILLO AND SONS, INC.; and LEE'S MANUFACTURING CO. INC.,

Defendant

CA No: 06-33T

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiffs THOSE INTERESTED UNDERWRITERS AT LLOYD'S, LONDON and THE WURTTEMBERGISCHE VERSICHERUNGS AG the subscribers to the contract of insurance numbered BB 040010/19 hereby move that **Peter J. Rossi** be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Plaintiffs

By: C. Russell Bengtson
Bar ID No.: 1233
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, Rhode Island 02903
Tele. No.: (401) 331-7272
Fax No.: (401) 331-4404

DATED: April 7th, 2006

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State of New York and New Jersey and of the following Federal District Court Bars the United State District Courts for the Southern and Eastern Districts of New York, and the District Court of New jersey, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. (If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

(5) I understand my obligation to notify this Court immediately of any changed circumstance that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

Peter J. Rossi
NY State Bar ID# N/A
NJ State Bar ID# 3581-2000

Lankler & Carragher, LLP
845 Third Ave, 17th Floor
New York, New York 10022
Tel: (212) 812-8910
Fax: (212) 812-8920

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Russell Bengtson
Signature of Local Counsel

C. Russell Bengtson 1233
Print Name R.I. Bar ID#

Carroll Kelly & Murphy
Firm and Business Address

One Turks Head Place, Suite 400

Providence RI 02903

Tele. No.: 331-7272 Fax No.: 331-4404

---

**ORDER**

This motion is hereby Granted

Ernest C Torres / D
District Judge

Date: 4/27/06

**CERTIFICATION**

I hereby certify that a true copy of the within was hand delivered to J. Scott Kilpatrick, Esquire, Chisholm Chisholm & Kilpatrick, One Turks Head Place, Suite 1313, Providence, RI 02903 on the 7th day of April, 2006.

[signature]