UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THOSE INTERESTED UNDERWRITERS :
AT LLOYD'S, LONDON and THE :
WURTTEMBERGISCHE VERSICHERUNGS AG:
the subscribers to the contract of insurance :
numbered BB 040010/19 :
:
Plaintiffs : C.A. No. 06-33T
:
vs. :
:
MORVILLO AND SONS, INC.; AND LEE'S :
MANUFACTURING CO. INC., :
:
Defendants :

**DEFENDANTS, MORVILLO AND SONS, INC. AND LEE'S MANUFACTURING CO. INC., MOTION FOR LEAVE TO FILE REPLY BRIEF LATE**

The Defendants move this Court for leave to file a memorandum in reply to Plaintiffs' Motion to Dismiss with Prejudice the Second and Fourth Counterclaims pursuant to Fed. R. Civ. Pro. 12(b)(6) late. Defendants request an additional ten (10) days within which to file its memorandum. The memorandum should assist the Court in resolution of the issues presented. The Rule 12(b)(6) motion has not been scheduled for hearing.

The reason for the delayed filing is athat the issues are complex, the facts are many and varied. The complaint is 29 pages in length and contains 208 paragraphs. The Plaintiffs have filed a lengthy and detailed memorandum.

Counsel for the Plaintiffs does not object to this late filing.

J. Scott Kilpatrick, Esquire (#4036)
Chisholm Chisholm & Kilpatrick LLP
One Turks Head Place, Suite 1313
Providence, RI 02903
(401) 331-6300
(401) 421-3185 FACSIMILE

**Certification of Service**

I hereby certify that I mailed a copy of the within on the 4th day of May, 2006 to C. Russell Bengtson, Esq., Carroll, Kelly & Murphy, One Turks Head Place, Suite 400, Providence, RI 02903.