UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

THOSE INTERESTED UNDERWRITERS
AT LLOYD'S LONDON, and THE
WURTTEMBERGISCHE VERSICHERUNGS AG
the subscribers to the contract
of insurance numbered
BB 040010/19

v.  CA No. 06-33-T

MORVILLO AND SONS, INC., and
LEE'S MANUFACTURING CO., INC.

## ORDER GRANTING MOTION
## TO DISMISS SECOND AND FOURTH COUNTERCLAIMS

Plaintiffs' motion to dismiss defendant's second and fourth counterclaims (Document No. 9) is hereby GRANTED.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Chief Judge

Date: November 13, 2006