UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOSE INTERESTED UNDERWRITERS AT LLOYD'S, LONDON and THE WURTTEMBERGISCHE VERSICHERUNGS AG the subscribers to the contract of insurance numbered BB 040010/19 | : | |
| Plaintiffs | : | C.A. No. 06-33T |
| vs. | : | |
| MORVILLO AND SONS, INC.; and LEE'S MANUFACTURING CO. INC., | : | |
| Defendants | : | |

**DEFENDANTS' INDEX OF AUTHORITIES TO MOTION AND MEMORANDUM IN SUPPORT OF DEFENDANTS' OBJECTION TO PLAINTIFFS' MOTION TO SEVER AND STAY DEFENDANTS' BAD FAITH**

/s/ J. Scott Kilpatrick
J. Scott Kilpatrick, Esquire (#4036)
Chisholm Chisholm & Kilpatrick LLP
One Turks Head Place, Suite 1313
Providence, RI 02903
(401) 331-6300
(401) 421-3185 FACSIMILE

| **CASES** | | **Pages** |
|---|---|---|
| 1. | *Bartlett v John Hancock Mutual Life Ins. Co.*<br>538 A.2d 997, 1000 (1988) | 5 |
| 2. | *Progressive Northern Ins. Co. v Bachman*<br>314 F. Supp. 2d 820, 833 (W.D. Wis 2004) | 5 |
| 3. | *Skaling v. Aetna Insurance Co.*<br>799 A.2d 997 (R.I. 2002) | 5, 6, 7 |
| 4. | *Stanley v Bray Terminals, Inc.*<br>197 F.R.D. 224, 230 (N.D.N.Y. 2000) | 4 |
| **STATUTES** | | |
| 5. | FRCP Rule 21 | 8 |
| 6. | FRCP Rule 42(b) | 3, 8 |
| 7. | R.I.G.L. §9-1-33 | 5 |