UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOSE INTERESTED UNDERWRITERS AT LLOYD'S, LONDON and THE WURTTEMBERGISCHE VERSICHERUNGS AG: the subscribers to the contract of insurance numbered BB 040010/19 | : | |
| Plaintiffs | : | C.A. No. 06-33T |
| vs. | : | |
| MORVILLO AND SONS, INC.; AND LEE'S MANUFACTURING CO. INC., | : | |
| Defendants | : | |

**DISMISSAL STIPULATION**

It is hereby agreed by and between the parties that all claims and counterclaims filed by all of the parties in this matter are hereby dismissed with prejudice, no interest, no costs.

Attorney for Plaintiffs,
Those Interested Underwriters at Lloyds London and the Wurttembergische Versicherungs AG the subscribers to the contract of insurance numbered BB 040010/19

/s/ C. Russell Bengtson
C. Russell Bengtson, Esq. (#1233)
Carroll, Kelly & Murphy
One Turks Head Place - Suite 400
Providence, RI 02903
331-7272
331-4404 Facsimile
rbengtson@ckmlaw.com

Attorney for Defendants,
Morvillo & Sons, Inc. and
Lee's Manufacturing Co., Inc.

/s/ J. Scott Kilpatrick
J. Scott Kilpatrick, Esq. (#4036)
Chisholm Chisholm & Kilpatrick LLP
One Turks Head Place - Suite 1313
Providence, RI 02903
331-6300
421-3185 Facsimile
jskilpatrick@cck-law.com

Lankler & Carragher, LLP
Of Counsel

/s/ Owen B. Carragher, Jr.
Owen B. Carragher, Jr., Esq.
845 Third Avenue - 17th Floor
New York, NY 10022
(212) 812-8910
(212) 812-8920 Facsimile
occaragher@lcattorneys.com

/s/ Peter J. Rossi
Peter J. Rossi, Esq.
845 Third Avenue - 17th Floor
New York, NY 10022
(212) 812-8910
(212) 812-8920 Facsimile
prossi@lcattorneys.com

Dated: September 28, 2007

**Certificate of Service**

I, the undersigned, hereby certify that on the 28th day of September, I electronically filed the within Dismissal Stipulation with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participants have received notice electronically: C. Russell Bengtson, Esq., Carroll, Kelly & Murphy, One Turks Head Place - Suite 400, Providence, RI 02903; Peter J. Rossi, Esq. & Owen B. Carragher, Jr., Esq.., Lankler & Carragher, LLP, 845 Third Avenue, 17th Floor, New York, NY 10022.

/s/ J. Scott Kilpatrick